02-10-262-CV














 

 

 

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

 

NO. 02-10-00262-CV 

 

 


 
 
 Senior Living Properties, LLC
 d/b/a Garden Terrace Healthcare Center
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 Linda Keyser, Individually and as
 Representative of the Estate of Leona Bernice Keyser
 
 
  
 
 
 APPELLEE 
 
 


 

 

------------

 

FROM THE
90th District Court OF Young
COUNTY

------------

MEMORANDUM OPINION[1] AND
JUDGMENT

------------

 

We
have considered appellant's “Unopposed
Motion To Dismiss The Appeal.”  It is the court=s
opinion that the motion should be granted; therefore, we dismiss the
appeal.  See Tex. R. App. P.
42.1(a)(2), 43.2(f).

Costs
of the appeal shall be paid by the party incurring the same, for which let
execution issue.  See Tex. R. App.
P. 43.4.

 

PER
CURIAM

 

PANEL:  LIVINGSTON, C.J.;
DAUPHINOT and GARDNER, JJ.  

 

DELIVERED:  December 2, 2010











[1]See Tex. R. App. P. 47.4.